Texas National Bank - Longview, Texas
1993 Grand Cherokee Jeep                                    $    20,000.00

Texas National Bank - Longview, Texas
Acreage in Harrison County, Texas                           $  180,000.00

Notes to Banks - Unsecured

Texas National Bank - Longview, Texas
Parker Estate (Total amount of note - $500.00)
my one-half interest owed                                  $       250.00
(This is a line of credit in the amount of $25,000.00 -
we have purposely left a $500.00 balance to leave it open.)

Southside State Bank                                        $    16,000.00
Tyler, Texas
(This is a line of credit in the amount of $25,000.00 with
a $16,000.00 balance.)

Notes Payable to Relatives                                 None

Notes to Others                                            None

Accounts and Bills Due  (Estimated)                        $     3,000.00

Unpaid Income Tax                                          None

Other Unpaid Tax and Interest                             None

Real Estate Mortgages payable

Tyler Bank and Trust Company
Tyler, Texas · Mortgage on Home                            $    23,104.38

Chattel Mortgages and Other Liens Payable                 None

Other Debts - Itemize:                                    None
                                                          _____
TOTAL LIABILITIES                                         $  259,989.44


NET WORTH                                                 $  877,393.65


TOTAL LIABILITIES AND NET WORTH                           $1,137,383.09



GENERAL INFORMATION

4

ADDITIONAL INFORMATION:

I, Robert M. Parker, certify that to the best of my knowledge and belief, the above and foregoing is a true and accurate statement of my financial condition on February 1, 1994.



ROBERT M. PARKER

5

Digitized by Google


**FINANCIAL DISCLOSURE REPORT**

AO-10 Rev. 1/93

Report Required by the Ethics Reform Act of 1969, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>PARKER, ROBERT M. | 2. Court or Organization<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS | 3. Date of Report<br>1/24/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>CHIEF U.S. DISTRICT JUDGE | 5. Report Type (check appropriate type)<br>___ Nomination, Date_____<br>___ Initial  X Annual  ___ Final | 6. Reporting Period<br>AMENDED 1992 |
| 7. Chambers or Office Address<br>221 WEST FERGUSON, SUITE 100<br>TYLER, TEXAS 75702 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| EXECUTOR | ESTATE OF IDA LURA PARKER - DECEASED |
| EXECUTOR | ESTATE OF ROSS M. PARKER - DECEASED |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [XX] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 2/13/93 | Sale of parents' home and 51 acres in Hallsville, TX | $ 75,000.00 |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $ |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: ROBERT A. FURZE

Date of Report: Jan. 4

## V. REIMBURSEMENTS and GIFTS – Transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. Use the parentheticals "S" and "DC" to indicate reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)*

| SOURCE | DESCRIPTION |
|--------|-------------|
| NONE (no such reportable reimbursements or gifts) | |
| Association of American Law Schools | Reimbursement of travel expenses to Los Angeles and Return — Speaker at Program January 4, 1985 – $.00 |
| Texas Bar of Texas — Attorneys | |
| Practical Injury Law Institute | Reimbursement of travel expenses to Houston, Texas and Return — Speaker at Program July 8, 1992 — $.81.16 |

## VI. OTHER GIFTS. *(Includes those to spouse and dependent children. Use the parentheticals "S" and "DC" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| ☑ NONE (no such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VII. LIABILITIES. *(Includes those of spouse and dependent children. Indicate where applicable, person responsible for liability by using the parenthetical "S" for separate liability of spouse, "J" for joint liability of reporting individual and spouse, add "DC" for liability of a dependent child. See pp.16-18 of instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| ☐ NONE (no reportable liabilities) | | |
| Texas Commerce Bank – Longview, TX | Loan No. 9007 | K |
| Texas National Bank – Longview, TX | Loan No. 30264 | K |
| Texas National Bank – Longview, TX | Loan No. 47580 | K |
| Southside State Bank – Tyler, TX | Loan No. D1L35877 — 1992 GMC Suburban | K |
| | | |
| | | |

*VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000*

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT M. PARKER | Date of Report<br>1/24/94<br>AMENDED 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code;<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code;<br>(J-P) | (2)<br>Value<br>Method<br>Code;<br>(Q-W) | Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date;<br>month-<br>Day | (3)<br>Value<br>Code;<br>(J-P) | (4)<br>Gain<br>Code;<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 One-half interest in | | | | | | | | | |
| 2 approximately 774 Acres | | | | | | | | | |
| 3 in Harrison County, TX | | | O | W | | | | | |
| 4 Sale of Rock from Acreage | D | purchase<br>price of rock | | | sell | 3/31/92<br>and 3/31/92 | D | | Judge Parker s<br>rock to H & H |
| 5 | | | | | | | | | Crushed Rock |
| 6 MAXWELL OIL & GAS | B | WI | J | W | Sell | 9/92 | J | C | Judge Parker s<br>WI to Maxwell |
| 7 Calvin, Jr., #1 | A | WI | J | W | All of the Working Interest | | | | |
| 8 D.J. Lehmann #1 | A | WI | J | W | owned by Judge Parker in the wells | | | | |
| 9 Holmes #1 | A | WI | J | W | listed here in Lines 7, 8, 9, and | | | | |
| 10 Holmes #2 | A | WI | J | W | was sold to Maxwell Oil & Gas, the | | | | |
| 11 | | | | | | | | | |
| 12 Plano Petroleum/Operated | | | | | | | | | |
| 13 by Jim Emerson | D | WI | K | W | | | | | |
| 14 Schrepel #2 | D | WI | K | W | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT M. PARKER | Date of Report<br>1/24/94<br>AMENDED 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-B) | (2)<br>Type<br>(e.g. div., rent or int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>month-day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-B) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| WINCHESTER PRODUCTION | G | WI | N | W | | | | | |
| Carr 1 | C | WI | J | W | | | | | |
| Carr 2T | A | WI | J | W | | | | | |
| J. W. Coney | A | WI | J | W | Plugged and Abandoned | 10/15/92 | | | |
| Jonesville 1 | B | WI | J | W | | | | | |
| Jonesville 4 | C | WI | J | W | | | | | |
| Jonesville 7 | B | WI | J | W | | | | | |
| Jonesville 7A | A | WI | J | W | | | | | |
| Jonesville 8C | B | WI | J | W | | | | | |
| Jonesville 8T | B | WI | J | W | | | | | |
| Jonesville 2 | C | WI | J | W | | | | | |
| Jonesville 5 | D | WI | K | W | | | | | |
| Jonesville 10 | E | WI | L | W | | | | | |
| Jonesville 11 | C | WI | J | W | | | | | |
| Jonesville 14 | D | WI | K | W | | | | | |
| Jonesville 15 | A | WI | J | W | | | | | |
| Jonesville 16 | B | WI | J | W | | | | | |
| Jonesville 17 | B | WI | J | W | | | | | |
| Jonesville 18 | A | WI | J | W | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less<br>F=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT M. PARKER | Date of Report<br>1/24/94<br>Amended 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical: "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Lavada Church | A | WI | J | W | | | | | |
| 2 Narramore 2 | A | WI | J | W | | | | | |
| 3 Trammel 1 | A | WI | J | W | | | | | |
| 4 Trammel 2 | A | WI | J | W | | | | | |
| 5 Trammel 3 | A | WI | J | W | | | | | |
| 6 Trammel 4 | A | WI | J | W | | | | | |
| 7 N. Jonesville 1 | B | WI | J | W | | | | | |
| 8 N. Jonesville 2 | A | WI | J | W | | | | | |
| 9 N. Jonesville 4 | A | WI | J | W | | | | | |
| 10 N. Jonesville 6 | A | WI | J | W | | | | | |
| 11 N. Jonesville 7 | A | WI | J | W | We have been advised by Winchester that N. Jonesville 7 has now been Plugged. Abandoned (1 | | | | |
| 12 Texas | B | WI | J | W | | | | | |
| 13 Knighton 1 | A | WI | J | W | | | | | |
| 14 Knighton 2 | A | WI | J | W | | | | | |
| 15 Knighton 8 | A | WI | J | W | | | | | |
| 16 Lucille 1 | D | WI | K | W | | | | | |
| 17 Jonesville #21 | C | WI | J | W | | | | | |
| 18 Steele #1 | C | WI | J | W | | | | | |
| 19 Steele #2 | B | WI | J | W | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERT M. PARKER | 1. 26. 9~ Amended : 997 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Steele #3 | A | WI | J | W | | | | | |
| Steele #4 | D | WI | K | W | | | | | |
| Steele #5 | C | WI | J | W | | | | | |
| Coleman #1 | A | WI | J | W | | | | | |
| Jonesville #19 | A | WI | J | W | | | | | |
| Jonesville #20 | A | WI | J | W | | | | | |
| Jobe #1 | C | WI | J | W | | | | | |
| Jobe #2 | C | WI | J | W | | | | | |
| Jobe #3 | D | WI | K | W | | | | | |
| Jobe #4 | D | WI | K | W | | | | | |
| Jobe #5 | E | WI | K | W | | | | | |
| Jobe #6 | E | WI | L | W | | | | | |
| Jobe #8 | A | WI | J | W | | | | | |
| Knighton #7 | A | WI | J | W | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 | E=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $1,000,000 | |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERT M. PARKER | 1/24/94 Amended 1992 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

I receive no compensation for serving as Executor of the Estates of my parents.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicative function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __January 24, 1994__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L No. 101-194, December 22, 1989 (5 U.S.C.A. App. 6, §§501-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)  PARKER, ROBERT M. | 2. Court or Organization  U.S. DISTRICT COURT  EASTERN DISTRICT OF TEXAS | 3. Date of Report  January 28, 19 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)  CHIEF U.S. DISTRICT JUDGE | 5. Report Type (Check appropriate type)  ___ Nomination, Date  ___ Initial  X Annual  ___ Final | 6. Reporting Period  1993 |
| 7. Chambers or Office Address  221 WEST FERGUSON, SUITE 100  TYLER, TEXAS 75702 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| EXECUTOR | ESTATE OF IDA LURA PARKER – DECEASED |
| EXECUTOR | ESTATE OF ROSS M. PARKER – DECEASED |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| XX NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X NONE (No reportable non-investment income) | | |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $ |

 Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT M. PARKER | Date of Report<br>January 28, 199⁴ |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | X NONE (No such reportable reimbursements or gifts) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | X NONE (No such reportable gifts) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children: indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities) | | |
| 2 | TEXAS NATIONAL BANK - Longview, TX | Loan No. 51350 | L |
| 3 | TEXAS NATIONAL BANK - Longview, TX | Loan No. 50370 (Parker Estate) | J |
| 4 | SOUTHSIDE STATE BANK - Tyler, TX | Loan No. 41917 | K |
| 5 | SOUTHSIDE STATE BANK - Tyler, TX | Loan NO. D1135877 - 1992 GMC Suburban | K |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting ROBERT H. PARKER    Date of Report January 29 ...

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by placing "(X)" for the joint ownership of reporting individual and spouse, "(S)" for separately owned by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 176.8 acres located in Harrison County, Texas | | | S | G | | | | | During 1993 this acreage that was originally jointly owned by my brother, David Parker, and me has been surveyed and partitioned. |
| Sale of timber from above acreage located in Harrison County, Texas | G | selling price | G | T | Sell | 10/93 | M | G | Robert H. Parker sold timber to Kim Smith Logging Company. |
| Plano Petroleum a/k/a Jim Emerson a/k/a Penson Production Co. | C | WI | J | W | | | | | |
| Schrepel #2 | C | WI | J | W | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,511 to 5,000    D=$5,001 to $15,000
(See Col. #1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=more than $1,000,000
2 Value Codes: J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. #1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=more than $1,000,000
3 Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT M. PARKER | Date of Report<br>January 28, 1° |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical. "(5)" for joint ownership of reporting individual and spouse, "(5)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 WINCHESTER PRODUCTION | G | WI | N | W | | | | | | |
| 2 Carr 1 | | | | | | | | | | |
| 3 Carr 2T | | | | | | | | | | |
| 4 Jonesville 1 | | | | | | | | | | |
| 5 Jonesville 4 | | | | | | | | | | |
| 6 Jonesville 7 | | | | | | | | | | |
| 7 Jonesville 7A | | | | | | | | | | |
| 8 Jonesville 8C | | | | | | | | | | |
| 9 Jonesville 8T | | | | | | | | | | |
| 10 Jonesville 2 | | | | | | | | | | |
| 11 Jonesville 5 | | | | | | | | | | |
| 12 Jonesville 10 | | | | | | | | | | |
| 13 Jonesville 11 | | | | | | | | | | |
| 14 Jonesville 14 | | | | | | | | | | |
| 15 Jonesville 15 | | | | | | | | | | |
| 16 Jonesville 16 | | | | | | | | | | |
| 17 Jonesville 17 | | | | | | | | | | |
| 18 Jonesville 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,00 |
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,00 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERT M. PARKER | January 31, |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(Y)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  Lavada Church | | | | | | | | | |
| 2  Narramore 2 | | | | | | | | | |
| 3  Trammel 1 | | | | | | | | | |
| 4  Trammel 2 | | | | | | | | | |
| 5  Trammel 3 | | | | | | | | | |
| 6  Trammel 4 | | | | | | | | | |
| 7  N. Jonesville 1 | | | | | | | | | |
| 8  N. Jonesville 2 | | | | | | | | | |
| 9  N. Jonesville 4 | | | | | | | | | |
| 10  N. Jonesville 6 | | | | | | | | | |
| 11  Texas | | | | | | | | | |
| 12  Knighton 1 | | | | | | | | | |
| 13  Knighton 2 | | | | | | | | | |
| 14  Knighton 8 | | | | | | | | | |
| 15  Lucille 1 | | | | | | | | | |
| 16  Jonesville #21 | | | | | | | | | |
| 17  Steele #1 | | | | | | | | | |
| 18  Steele #2 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT M. PARKER | Date of Report<br>January 28, |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A.<br>Description of Assets (including trust assets)<br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. Code (A-H) | (2)<br>Type (e.g., div., rent or int.) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Steele #3 | | | | | | | | | |
| Steele #4 | | | | | | | | | |
| Steele #5 | | | | | | | | | |
| Coleman #1 | | | | | | | | | |
| Jonesville #19 | | | | | | | | | |
| Jonesville #20 | | | | | | | | | |
| Jobe #1 | | | | | | | | | |
| Jobe #2 | | | | | | | | | |
| Jobe #3 | | | | | | | | | |
| Jobe #4 | | | | | | | | | |
| Jobe #5 | | | | | | | | | |
| Jobe #6 | | | | | | | | | |
| Jobe #8 | | | | | | | | | |
| Knighton #7 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes: J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google



**FINANCIAL DISCLOSURE REPORT** cont'd

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERT A. ___ | January 16 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (indicate part of Report)

[illegible text]

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, that not performed any adjudicatory functions in any litigation during the period covered by this report in which I, my spouse, or any minor or dependent children had a financial interest, as defined in Canon 3C(1)(c), in the outcome of such litigation.

I certify that all information given above including information pertaining to my spouse and minor or dependent children, if any, is accurate, true and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _January 20, 19__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

---



Digitized by Google